IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-cr-00462-MHT |
| | ) | (WO) |
| RICHARD O'NEIL HUGHES, JR. | ) | |

**FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture filed on April 30, 2021.

On March 5, 2021, this court entered a preliminary order of forfeiture (Doc. 51) ordering defendant Richard O'Neil Hughes, Jr. to forfeit his interest in a Glock, model GMBH 23, .40 caliber pistol, bearing serial number EAA709; and assorted ammunition.

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant. The government gave notice to defendant Richard O'Neil Hughes, Jr. in the indictment (Doc. 1) that it would seek the forfeiture of all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A), and 21 U.S.C. § 841(a)(1).

The court finds that the defendant has an interest in the property that is subject to forfeiture pursuant 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), and that the govenrment has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. § 924(c)(1)(A).

Accordingly, it is hereby ORDERED that the government's motion for a final order of forfeiture (Doc. 71) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): **a Glock, model GMBH 23, .40 caliber pistol, bearing serial number EAA709; and assorted ammunition.**

2. All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

SO ORDERED, this the 1st day of May, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE