**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **2:19cr462-MHT** |
| ) | **(WO)** |
| **RICHARD O'NEIL HUGHES, JR.** ) | |

**ORDER**

Based on the representations made on the record on May 12, 2021, it is ORDERED that defendant Richard O'Neil Hughes's motion for voluntary surrender (Doc. 64) is granted to the extent that he will be allowed to visit his father's grave and denied in all other respects. The United States Probation Officer and defense counsel will make arrangements as to the timing of the visit.

DONE, this the 12th day of May, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**