IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:19cr462-MHT
                            )          (WO)
RICHARD O'NEIL HUGHES, JR.  )
```

ORDER

Defendant Richard O'Neil Hughes has requested temporary release or voluntary surrender to visit his father's gravesite and to receive a COVID-19 vaccine. *See* Oral Motion for Voluntary Surrender (Doc. 64); Motion for Voluntary Surrender or Temporary Release (Doc. 77).   The court has been orally informed that Hughes has been fully vaccinated.   The only issue now remaining is the visit to his father's gravesite--relief that the court has already granted, *see* Order (Doc. 76), and today reaffirms.   The court will therefore deny Hughes's newly pending motion for release to facilitate vaccination (because the vaccine has been received) and to visit his father's gravesite

(because that relief has already been authorized and is being reaffirmed).

                              ***

    Accordingly, it is ORDERED that:

    (1) The court's order (Doc. 76) granting, in part, defendant Richard O'Neil Hughes's oral motion for temporary release to visit his father's gravesite is reaffirmed.   The United States Probation Officer and defense counsel shall make arrangements as to the timing of the visit and inform the court when it has occurred.   Defendant Hughes has until June 23, 2021, to visit his father's gravesite.

    (2) Defendant Hughes's pending motion for voluntary surrender or temporary furlough (Doc. 77) is denied as moot.

    DONE, this the 9th day of June, 2021.

                            /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE