IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:19cr462-MHT
                            )           (WO)
RICHARD O'NEIL HUGHES, JR.  )
```

## ORDER

Defendant Richard O'Neil Hughes has requested temporary release to visit his father's gravesite, which this court has granted. *See* Order (Doc. 76). It is ORDERED that this visit will occur on Monday, June 14, 2021. Bernard Ross will pick Hughes up at noon, take him to the gravesite, and ensure that he returns to the county jail by 4:00 p.m. It is further ORDERED that, when released, Hughes should be dressed out and without shackles.

DONE, this the 11th day of June, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**